**FAEGRE DRINKER BIDDLE & REATH LLP**
Zoë K. Wilhelm (SBN 305932)
zoe.wilhelm@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

*Attorneys for Defendant*
Fiskars Brands, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>FISKARS BRANDS, INC., a Wisconsin corporation d/b/a WWW.FISKARS.COM,<br><br>Defendants. | Case No. 2:23-cv-7814<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331 AND 1441(a) (FEDERAL QUESTION)**<br><br>[Los Angeles County Superior Court No. 23STCV12728]<br><br>Complaint Filed: June 5, 2023 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant Fiskars Brands, Inc. ("Defendant") hereby removes this action entitled *Rebeka Rodriguez vs. Fiskars Brands, Inc.* currently pending in the Superior Court of California, County of Los Angeles, Case Number 23STCV12728, to the United States District Court for the Central District of California. This Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1441 *et seq*. In support of this removal, Defendant further states:

## I.  THE PROCEDURAL HISTORY

1. On or about June 5, 2023, Rebeka Rodriguez ("Plaintiff") filed a Complaint against Defendant in the Superior Court of California, County of Los Angeles, Case Number 23STCV12728, captioned *Rebeka Rodriguez vs. Fiskars Brands, Inc.* (the "State Court Action").

2. Plaintiff's Complaint asserts a single cause of action under the Video Privacy Protection Act of 1988, 18 U.S.C. §§ 2710 *et seq*. ("VPPA"). Plaintiff seeks to recover damages, injunctive relief, and attorneys' fees from the Defendant for alleged injuries.

3. No substantive proceedings have occurred in the Superior Court of California, County of Los Angeles, as of the date of this Notice of Removal. Defendant has not answered or moved in response to the Complaint filed by Plaintiff. Defendant hereby reserves any and all rights to assert any and all defenses and/or objections to the Complaint.

## II.  GROUNDS FOR REMOVAL

4. Removal is proper because this action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331. The action may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the action arises under federal law, specifically, the Video Privacy Protection Act of 1988, 18 U.S.C. §§ 2710 et seq.

## III.  THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

5. Defendant was served on September 13, 2023, by acknowledging receipt of service pursuant to Section 415.30 of the California Code of Civil Procedure. This Notice of Removal is being filed within thirty (30) days after service on Defendant. Therefore, this removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6. Venue for this action is proper in this Court under 28 U.S.C. § 1441(a) because the Central District of California is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a) and 28 U.S.C. § 84(d).

7. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all process, pleadings, and orders entered in this case. (*See* **Exhibit A**, attached hereto.).

8. Counsel for Defendant certifies that promptly following the filing of this Notice of Removal, written notice of the removal of this action will be served to Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

9. A true and correct copy of this Notice of Removal will also be promptly filed with the Superior Court of California, County of Los Angeles, pursuant to 28 U.S.C. § 1446(d).

10. WHEREFORE, Defendant Fiskars Brands, Inc. hereby respectfully removes this action entitled *Rebeka Rodriguez vs. Fiskars Brands, Inc.* in the Superior Court of California, County of Los Angeles, Case Number 23STCV12728, to the United States District Court for the Central District of California.

Dated: September 19, 2023

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Zoë K. Wilhelm
Zoë K. Wilhelm

Attorneys for Defendant
Fiskars Brands, Inc.

US.359549437.01