PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>FISKARS BRANDS, INC., a Wisconsin corporation d/b/a WWW.FISKARS.COM,<br><br>Defendants. | Case No. 2:23-cv-07814-SB-AJR<br>Assigned to Stanley Blumenfeld, Jr<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Complaint Filed: June 5, 2023<br>Removed: September 19, 2023 |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that a request for dismissal will be filed within forty-five (45) days of the date of this Notice.

Dated: October 20, 2023

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
　　　Scott J. Ferrell
　　　Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.